**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Serena Joy Stacy Salmans and Dillon Levi Salmans, Respondents,

v.

Nakeisha McDonald, Charles Sabb, and South Carolina Department of Social Services, Defendants,

Of whom Nakeisha McDonald is the Appellant

and

Charles Sabb and South Carolina Department of Social Services are Respondents.

In the interest of a minor under the age of eighteen.

Appellate Case No. 2022-001136

———————

Appeal From Richland County
C. Vance Stricklin, Jr., Family Court Judge

———————

Unpublished Opinion No. 2023-UP-018
Submitted January 5, 2023 – Filed January 12, 2023

———————

**AFFIRMED**

———————

Melinda Inman Butler, of The Butler Law Firm, of Union, for Appellant.

Larry Dale Dove, of Thompson Dove Law Group LLC, of Rock Hill, for Respondents Serena Joy Stacy Salmans and Dillon Levi Salmans.

Scarlet Bell Moore, of Greenville, for Respondent South Carolina Department of Social Services.

Charles Saab, of North Charleston, pro se.

Almand James Barron, of The Law Offices of Shea and Barron, of Columbia, as the Guardian ad Litem.

---

**PER CURIAM:** Nakeisha McDonald appeals the family court's final order terminating her parental rights to her minor child. *See* S.C. Code Ann. § 63-7-2570 (Supp. 2022). Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling and relieve McDonald's counsel.

**AFFIRMED.**[1]

**KONDUROS, HEWITT, and VINSON, JJ., concur.**

---

[1] We decide this case without argument pursuant to Rule 215, SCACR.